NO. 22-2930

**In the
United States Court of Appeals
for the Third Circuit**

**TIMOTHY MULLINS,**

**Plaintiff – Appellant,**

v.

**CONSOL ENERGY INC LONG TERM DISABILITY PLAN,**

**Defendant – Appellee.**

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

—————————

**MOTION TO RELEASE OPINION AND ISSUE THE MANDATE**

—————————

**Benjamin W. Glass, III**
**Benjamin W. Glass & Assoc. PC
LLC**
**3998 Fair Ridge Drive, Suite 250
1300**
**Fairfax, VA 22033**
**703-591-9829 | 703-783-0686 (f)**
**ben@benglasslaw.com
(fax)**

**Tybe A. Brett**
**Feinstein Doyle Payne & Kravec,**

**Law & Finance Building, Suite**

**429 Fourth Avenue**
**Pittsburgh, PA 15219**
**(412) 281-8400 | (412) 281-1007**

**TBrett@fdpklaw.com**

*Counsel for Plaintiff – Appellant Timothy Mullins*

Comes now the appellant and respectfully asks this Court to release the

1

Court's opinion and issue the mandate in order that the District Court may proceed with the Court's remand. In support of the motion, Mr. Mullins says as follows:

1.  On March 22, 2024 the Court issued its opinion, largely granting the Appellant the relief he sought but remanding the matter to the District Court on a limited issue.

2.  The Court temporarily filed the opinion as a sealed document while seeking input from the parties as to any proposed redaction. (ECF #42.)

3.  The Appellant immediately filed a response. (ECF #43) The Appellee filed no response. Neither party offered any redactions.

Mr. Mullins respectfully asks this Court to release the opinion, unredacted, and issue it's mandate so that the District Court may get on with it's work.

Respectfully Submitted,

/s/ Benjamin W. Glass, III
Benjamin W. Glass, III
Benjamin W. Glass & Assoc. PC
3998 Fair Ridge Drive, Suite 250
Fairfax, VA 22033
703-591-9829 | 703-783-0686 (fax)
ben@benglasslaw.com

/s/ Tybe A. Brett
Tybe A. Brett
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219

(412) 281-8400 | (412) 281-1007 (fax)
TBrett@fdpklaw.com

*Counsel for Plaintiff – Appellant*
*Timothy Mullins*

July 11,  2024

## CERTIFICATE OF FILING AND SERVICE

This is to certify that on July 11, 2024, I electronically filed the foregoing

Motion with the United States Court of Appeals for the Third Circuit by using the

appellate CM/ECF system, which will send notice of such filing to all the

registered CM/ECF users.

/s/ Benjamin W. Glass, III
Benjamin W. Glass, III
Benjamin W. Glass & Assoc. PC
3998 Fair Ridge Drive, Suite 250
Fairfax, VA 22033
703-591-9829 | 703-783-0686 (fax)
ben@benglasslaw.com

/s/ Tybe A. Brett
Tybe A. Brett
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA 15219
(412) 281-8400 | (412) 281-1007 (fax)
TBrett@fdpklaw.com

*Counsel for Plaintiff – Appellant*
*Timothy Mullins*

July 11, 2024