UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 22-2930

TIMOTHY MULLINS,
                                        Appellant

v.

CONSOL ENERGY, INC. LONG
TERM DISABILITY PLAN

(W.D. Pa. No. 2-20-cv-01883)

Present:  JORDAN, BIBAS and PORTER, Circuit Judges


   1.  Motion by Appellant to Unseal Opinion and Issue the Mandate.

                                        Respectfully,
                                        Clerk/tmm

_____ORDER_____
The foregoing motion is hereby GRANTED.


                                        By the Court,

                                        s/  Kent A. Jordan
                                        Circuit Judge

Dated: July 29, 2024
Tmm/cc: All Counsel of Record