UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2930
_____

TIMOTHY MULLINS,
                    Appellant

v.

CONSOL ENERGY, INC. LONG
TERM DISABILITY PLAN
_____

On Appeal from the United States District Court
For the Western District of Pennsylvania
(D.C. No. 2-20-cv-1883)
District Judge:  Honorable J. Nicholas Ranjan
_____

Argued
September 13, 2023

Before:   JORDAN, BIBAS, and PORTER, *Circuit Judges*
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on September 13, 2023. On consideration whereof,

It is now hereby **ORDERED** and **ADJUDGED** that the District Court judgment dated September 16, 2022, and memorandum opinion signed on September 16, 2022, are

hereby **VACATED** and **REMANDED**.  All of the above in accordance with the opinion of this Court.  Each party to bear their own costs.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  March 22, 2024

Certified as a true copy and issued in lieu of a formal mandate on July 29, 2024

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**